[No. 38823-5-II. Division Two. December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GINGER JEAN HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01475-8, Thomas P. Larkin, J., entered January 23, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[Nos. 39020-5-II; 39640-8-II. Division Two. December 8, 2009.]

*In the Matter of the Welfare of* M.L.M.

Appeals from a judgment of the Superior Court for Kitsap County, No. 08-7-00352-3, Jay B. Roof, J., entered January 28, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 39370-1-II. Division Two. December 8, 2009.]

RODOLFO M. APOSTOL, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01632-2, Richard D. Hicks, J., entered February 15, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 26936-1-III. Division Three. December 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL NOAH BELFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00338-7, Donald W. Schacht, J., entered March 3, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Brown and Korsmo, JJ.